United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DONALD GLAUDE,

    Plaintiff,

v.

DEUTSCHE BANK, et al.,

    Defendants.

Case No. 23-cv-05429-RS

**ORDER DENYING MOTION FOR CONSOLIDATION AND "EMERGENCY" MOTION TO STAY**

    Judgment in this action was entered on February 16, 2024. Plaintiff filed an appeal, and jurisdiction over this matter currently lies with the appellate court. Plaintiff has now filed a motion to consolidate this action with various matters pending in state trial and appellate courts. Even if this matter were not on appeal, that motion would be denied because federal courts lack power to "consolidate" state court actions with federal cases. Plaintiff also has filed an "emergency motion for stay of proceedings." Because judgment has been entered, the request to stay these proceedings is nonsensical.

    It appears likely that what plaintiff actually wants to "stay" is to stay court proceedings and/or related enforcement actions arising from those proceedings. Again, however, there are no grounds to "consolidate" the state and federal actions. There likewise would be no jurisdiction for this court to stay the state court proceedings even if this matter were not on appeal. Plaintiff's motions (Dkt. Nos. 54 and 55) are denied.

**IT IS SO ORDERED**.

Dated: July 10, 2025

_____
RICHARD SEEBORG
Chief United States District Judge